Form 154A

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

6

In re:                                                                                          Bankruptcy Case No.: 19−21434−GLT

                                                                                                Chapter: 13

**Martin L. Veitz**
**aka Martin Lee Veitz**                              Bonnie S. Veitz
   Debtor(s)                                         aka Bonnie Sue Veitz

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **June 17, 2019**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                         Michael R. Rhodes
   U.S. Bankruptcy Court                                                    *Clerk, U.S. Bankruptcy Court*
   c/o CLAIMS CLERK
   5414 U.S Steel Tower
   600 Grant Street
   Pittsburgh, PA 15219

Dated: 4/9/19

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 19-21434-GLT
Martin L. Veitz                                                     Chapter 13
Bonnie S. Veitz
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: admin                 Page 1 of 2         Date Rcvd: Apr 09, 2019
                               Form ID: 154A               Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
```
db/jdb         +Martin L. Veitz,    Bonnie S. Veitz,    PO Box 468,    Koppel, PA 16136-0468
15029517       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,
                 St Louis, MO 63179-0034
15029518       +Eastern Revenue Inc,    Attn: Bankruptcy Dept.,    601 Dresher Rd. Suite 301,
                 Horsham, PA 19044-2277
15029531       +Northwest Bank,    Attn: Bankruptcy,    PO Box 128,    Warren, PA 16365-0128
15029537       +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
15029539       +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
15029544       +Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697
15029543       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    PO Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15029515       +E-mail/Text: bankruptcy@usecapital.com Apr 10 2019 03:00:12      Capital Accounts,
                 PO Box 140065,    Nashville, TN 37214-0065
15029516       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 10 2019 03:08:59      Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
15029519       +E-mail/Text: bknotice@ercbpo.com Apr 10 2019 02:59:39      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
15029520       +E-mail/Text: bnc-bluestem@quantum3group.com Apr 10 2019 02:59:54      Fingerhut,
                 Attn: Bankruptcy,    PO Box 1250,    Saint Cloud, MN 56395-1250
15029521       +E-mail/Text: bnc-bluestem@quantum3group.com Apr 10 2019 02:59:54      Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
15029522        E-mail/Text: cio.bncmail@irs.gov Apr 10 2019 02:59:12      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
15029523       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 10 2019 03:08:31      LVNV Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
15029524       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 10 2019 03:08:47      LVNV Funding LLC,
                 PO Box 1269,    Greenville, SC 29602-1269
15029525       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 10 2019 03:09:02      LVNV Funding, LLC,
                 55 Beattie Place, Suite 110,    Greenville, SC 29601-5115
15029526       +E-mail/Text: bkr@cardworks.com Apr 10 2019 02:58:59      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
15029527       +E-mail/Text: bankruptcy@sccompanies.com Apr 10 2019 03:00:12      Midnight Velvet,
                 Attn: Bankruptcy,    1112 7th Avenue,    Monroe, WI 53566-1364
15029528       +E-mail/Text: nhc@nhchome.com Apr 10 2019 02:59:03      National Hospital Collections,
                 16 Distributor Drive, Suite 2,    Morgantown, WV 26501-7209
15029529       +E-mail/Text: Bankruptcies@nragroup.com Apr 10 2019 03:00:10      National Recovery Agency,
                 P.O. Box 67015,    Harrisburg, PA 17106-7015
15029530       +E-mail/Text: Bankruptcies@nragroup.com Apr 10 2019 03:00:10      National Recovery Agency,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
15029533       +E-mail/PDF: cbp@onemainfinancial.com Apr 10 2019 03:08:26      OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
15029535        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2019 03:08:30
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd,    Norfolk, VA 23502
15029536        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2019 03:08:29
                 Portfolio Recovery Associates, LLC,    140 Corporate Blvd,    Norfolk, VA 23502
15029534       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2019 02:59:25
                 Pennsylvania Department of Revenue,    Bankruptcy/Collection Unit,
                 10th Floor Strawberry Square,    4th & Walnut Streets,    Harrisburg, PA 17128-0001
15029538       +E-mail/Text: bankruptcyteam@quickenloans.com Apr 10 2019 02:59:48      Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
15029540       +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2019 03:08:40      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
15029541       +E-mail/Text: bankruptcydepartment@tsico.com Apr 10 2019 02:59:57      Transworld Sys Inc/51,
                 Attn: Bankruptcy,    PO Box 15618,    Wilmington, DE 19850-5618
15029542       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 10 2019 02:59:01
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 22
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15029532      ##+Northwest Consumer Discount,    1602 7th Ave,    Beaver Falls, PA 15010-4012
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: admin              Page 2 of 2             Date Rcvd: Apr 09, 2019
                              Form ID: 154A            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
          Mark G. Moynihan    on behalf of Debtor Martin L. Veitz mark@moynihanlaw.net,
           moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
          Mark G. Moynihan    on behalf of Joint Debtor Bonnie S. Veitz mark@moynihanlaw.net,
           moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 4
```