IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              Bankruptcy No. 19-21434-GLT
Martin L. Veitz
Bonnie S. Veitz
     Debtor(s)                              Chapter 13

Martin L. Veitz                                     Doc No.
Bonnie S. Veitz
     Movant(s)

       v.

Ronda J. Winnecour, Trustee
     Respondent(s)

**FRBP 4002 STATEMENT OF CHANGE OF MAILING ADDRESS OF DEBTORS**

Debtor(s) Name:          Martin L. Veitz
                         Bonnie S. Veitz

New Mailing Address:     P.O. Box 468
                         6402 6th Ave
                         Koppel, PA 16136

Old Mailing Address:     6402 6th Ave
                         Koppel, PA 16136

Date:    April 12, 2019                    /s/ Mark G. Moynihan
                                           Mark G. Moynihan, Esquire
                                           Attorney for Debtor(s)
                                           PA 307622
                                           2 Chatham Center, Suite 230
                                           Pittsburgh, PA 15219
                                           Phone:  (412) 889-8535
                                           Fax:  (800) 997-8192
                                           Email: mark@moynihanlaw.net