IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/10/19 1:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:
Martin L. Veitz
Bonnie S. Veitz
    Debtor(s)

Martin L. Veitz
Bonnie S. Veitz
    Movant(s)

v.

Ronda J. Winnecour, Trustee
    Respondent(s)

Bankruptcy No.  19-21434-GLT

Chapter 13

Related to Dkt. No. 16

### ORDER

AND NOW, this 10th Day of May, 2019, upon consideration of the Debtors' SECOND MOTION FOR EXTENSION OF TIME TO FILE COMPLETED CHAPTER 13 PETITION AND PLAN, it is hereby ORDERED, ADJUDGED and DECREED, that the Debtors are hereby granted an extension until May 13, 2019 to file a completed Chapter 13 petition and plan in this case.

Prepared by: Mark G. Moynihan, Esq.

BY THE COURT:

_____ J.
**jah**

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 19-21434-GLT
Martin L. Veitz                                                     Chapter 13
Bonnie S. Veitz
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: culy              Page 1 of 1           Date Rcvd: May 10, 2019
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
db/jdb         +Martin L. Veitz,    Bonnie S. Veitz,    PO Box 468,    Koppel, PA 16136-0468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mark G. Moynihan     on behalf of Debtor Martin L. Veitz mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan     on behalf of Joint Debtor Bonnie S. Veitz mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6