| | | | | | | This Pay | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Martin Veitz | | Pay Date | 02/08/2019 | | Earnings | 608.13 | 2141.57 |
| 6402 6th Ave | | Period Begin | 01/20/2019 | | Taxes | 89.07 | 336.29 |
| Koppel, PA 16136 | | Period End | 02/02/2019 | | Net Pay | 519.06 | 1805.28 |
| Employee No. 5927 | | Voucher No. | 39029 | | | | |
| | | Dept No. | 41200 | | | | |

## Your Pay:

### Earnings

| | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 608.13 | 1806.88 | 8.7500 | 69.50 | 206.50 |
| Holiday - worked | | 203.44 | | | 15.50 |
| Holiday-not worked | | 131.25 | | | 15.00 |
| Total | 608.13 | 2141.57 | | 69.50 | 237.00 |

### Taxes

| | This Pay | YTD |
|---|---|---|
| Social Security | 37.70 | 132.77 |
| Medicare | 8.82 | 31.06 |
| Federal Income Tax | 15.43 | 78.01 |
| Pennsylvania | 18.67 | 65.75 |
| PA LST $52 | 2.00 | 6.00 |
| PA Employee Unemp. | 0.37 | 1.29 |
| Koppel Boro, Beaver | 6.08 | 21.41 |
| Total | 89.07 | 336.29 |

### Net Pay

| | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 519.06 | 1805.28 | XXXXXX5120 |

## Other Information:

### Paid Time Off

| | Banked This Pay | Total Banked | Total Taken | Available |
|---|---|---|---|---|
| Pto | 3.2109 | 20.3859 | | 20.3859 |

### Tax Status

| | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 608.13 | 2141.57 | |
| Medicare | 608.13 | 2141.57 | |
| Federal Income Tax | 608.13 | 2141.57 | M / 0 |
| Pennsylvania | 608.13 | 2141.57 | M / 0 |
| PA LST $52 | 608.13 | 2141.57 | |
| PA Employee Unemp. | 608.13 | 2141.57 | |
| Koppel Boro, Beaver | 608.13 | 2141.57 | M / 0 |

Rochester Manor
174 Virginia Avenue
Rochester, PA 15074

PAPT   A346

---

PAPT   A346
Rochester Manor
174 Virginia Avenue
Rochester, PA 15074

Martin Veitz
6402 6th Ave
Koppel, PA 16136

| | | | | | | This Pay | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Martin Veitz | | Pay Date | 02/22/2019 | | Earnings | 693.44 | 2835.01 |
| 6402 6th Ave | | Period Begin | 02/03/2019 | | Taxes | 107.65 | 443.94 |
| Koppel, PA 16136 | | Period End | 02/16/2019 | | Net Pay | 585.79 | 2391.07 |
| Employee No.  5927 | | Voucher No. | 53030 | | | | |
| | | Dept No. | 41200 | | | | |

Your Pay:

| **Earnings** | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 693.44 | 2500.32 | 8.7500 | 79.25 | 285.75 |
| Holiday - worked | | 203.44 | | | 15.50 |
| Holiday-not worked | | 131.25 | | | 15.00 |
| Total | 693.44 | 2835.01 | | 79.25 | 316.25 |

| **Taxes** | This Pay | YTD |
|---|---|---|
| Social Security | 42.99 | 175.76 |
| Medicare | 10.06 | 41.12 |
| Federal Income Tax | 23.96 | 101.97 |
| Pennsylvania | 21.29 | 87.04 |
| PA LST $52 | 2.00 | 8.00 |
| PA Employee Unemp. | 0.42 | 1.71 |
| Koppel Boro, Beaver | 6.93 | 28.34 |
| Total | 107.65 | 443.94 |

| **Net Pay** | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 585.79 | 2391.07 | XXXXXX5120 |

Other Information:

| Paid Time Off | Banked This Pay | Total Banked | Total Taken | Available |
|---|---|---|---|---|
| Pto | 3.6614 | 24.0473 | | 24.0473 |

| **Tax Status** | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 693.44 | 2835.01 | |
| Medicare | 693.44 | 2835.01 | |
| Federal Income Tax | 693.44 | 2835.01 | M / 0 |
| Pennsylvania | 693.44 | 2835.01 | M / 0 |
| PA LST $52 | 693.44 | 2835.01 | |
| PA Employee Unemp. | 693.44 | 2835.01 | |
| Koppel Boro, Beaver | 693.44 | 2835.01 | M / 0 |

---

Rochester Manor
174 Virginia Avenue
Rochester, PA 15074

PAPT    A346

---

PAPT    A346
Rochester Manor
174 Virginia Avenue
Rochester, PA 15074




Martin Veitz
6402 6th Ave
Koppel, PA 16136

Pay Statement

| | | | | | | This Pay | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Martin Veitz | | | Pay Date | 03/08/2019 | Earnings | 680.32 | 3515.33 |
| 6402 6th Ave | | | Period Begin | 02/17/2019 | Taxes | 104.79 | 548.73 |
| Koppel, PA 16136 | | | Period End | 03/02/2019 | Net Pay | 575.53 | 2966.60 |
| Employee No. 5927 | | | Voucher No. | 67028 | | | |
| | | | Dept No. | 41200 | | | |

Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 529.38 | 3029.70 | 8.7500 | 60.50 | 346.25 |
| Overtime | 19.69 | 19.69 | 13.1250 | 1.50 | 1.50 |
| Holiday - worked | | 203.44 | | | 15.50 |
| Holiday-not worked | | 131.25 | | | 15.00 |
| Pto | 131.25 | 131.25 | 8.7500 | 15.00 | 15.00 |
| Total | 680.32 | 3515.33 | | 77.00 | 393.25 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 42.18 | 217.94 |
| Medicare | 9.86 | 50.98 |
| Federal Income Tax | 22.65 | 124.62 |
| Pennsylvania | 20.89 | 107.93 |
| PA LST $52 | 2.00 | 10.00 |
| PA Employee Unemp. | 0.41 | 2.12 |
| Koppel Boro, Beaver | 6.80 | 35.14 |
| Total | 104.79 | 548.73 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 575.53 | 2966.60 | XXXXXX5120 |

Other Information:

| Paid Time Off | Banked This Pay | Total Banked | Total Taken | Available |
|---|---|---|---|---|
| Pto | 2.8644 | 26.9117 | 15.0000 | 11.9117 |

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 680.32 | 3515.33 | |
| Medicare | 680.32 | 3515.33 | |
| Federal Income Tax | 680.32 | 3515.33 | M / 0 |
| Pennsylvania | 680.32 | 3515.33 | M / 0 |
| PA LST $52 | 680.32 | 3515.33 | |
| PA Employee Unemp. | 680.32 | 3515.33 | |
| Koppel Boro, Beaver | 680.32 | 3515.33 | M / 0 |

Rochester Manor
174 Virginia Avenue
Rochester, PA 15074

PAPT    A346

PAPT    A346
Rochester Manor
174 Virginia Avenue
Rochester, PA 15074

Martin Veitz
6402 6th Ave
Koppel, PA 16136

```
Martin Veitz                          Pay Date       03/22/2019                     This Pay      Year-To-Date
6402 6th Ave                          Period Begin   03/03/2019      Earnings         743.75          4259.08
Koppel, PA 16136                      Period End     03/16/2019      Taxes            118.60           667.33
Employee No.   5927                   Voucher No.    81027           Net Pay          625.15          3591.75
                                      Dept No.       41200
```

Your Pay:

```
                    Earnings     Earnings                  Hours       Hours
Earnings            This Pay     YTD         Rate          This Pay    YTD
Regular              636.56      3666.26     8.7500          72.75     419.00
Overtime               6.56        26.25    13.1250           0.50       2.00
Holiday - worked                  203.44                                15.50
Holiday-not worked                131.25                                15.00
Pto                  100.63       231.88     8.7500          11.50      26.50
Total                743.75      4259.08                     84.75     478.00

Taxes               This Pay     YTD
Social Security       46.11       264.05
Medicare              10.78        61.76
Federal Income Tax    28.99       153.61
Pennsylvania          22.83       130.76
PA LST $52             2.00        12.00
PA Employee Unemp.     0.45         2.57
Koppel Boro, Beaver    7.44        42.58
Total                118.60       667.33

Net Pay             This Pay     YTD         Account Number
This Check            625.15     3591.75     XXXXXX5120
```

Other Information:

```
Paid                Banked       Total       Total
Time Off            This Pay     Banked      Taken       Available
Pto                   3.3842     30.2959     26.5000       3.7959

                    Taxable      Taxable
                    Earnings     Earnings    Status
Tax Status          This Pay     YTD         Exmptn
Social Security       743.75     4259.08
Medicare              743.75     4259.08
Federal Income Tax    743.75     4259.08     M / 0
Pennsylvania          743.75     4259.08     M / 0
PA LST $52            743.75     4259.08
PA Employee Unemp.    743.75     4259.08
Koppel Boro, Beaver   743.75     4259.08     M / 0
```

```
Rochester Manor
174 Virginia Avenue
Rochester, PA 15074
                                    PAPT   A346
```

```
            PAPT   A346
    Rochester Manor
    174 Virginia Avenue
    Rochester, PA 15074
```

```
        Martin Veitz
        6402 6th Ave
        Koppel, PA 16136
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Martin Veitz | | | Pay Date | 04/05/2019 | | This Pay | Year-To-Date |
| 6402 6th Ave | | | Period Begin | 03/17/2019 | Earnings | 706.56 | 4965.64 |
| Koppel, PA 16136 | | | Period End | 03/30/2019 | Taxes | 110.51 | 777.84 |
| Employee No. 5927 | | | Voucher No. | 95027 | Net Pay | 596.05 | 4187.80 |
| | | | Dept No. | 41200 | | | |

Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 700.00 | 4366.26 | 8.7500 | 80.00 | 499.00 |
| Overtime | 6.56 | 32.81 | 13.1250 | 0.50 | 2.50 |
| Holiday - worked | | 203.44 | | | 15.50 |
| Holiday-not worked | | 131.25 | | | 15.00 |
| Pto | | 231.88 | | | 26.50 |
| Total | 706.56 | 4965.64 | | 80.50 | 558.50 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 43.81 | 307.86 |
| Medicare | 10.25 | 72.01 |
| Federal Income Tax | 25.27 | 178.88 |
| Pennsylvania | 21.69 | 152.45 |
| PA LST $52 | 2.00 | 14.00 |
| PA Employee Unemp. | 0.42 | 2.99 |
| Koppel Boro, Beaver | 7.07 | 49.65 |
| Total | 110.51 | 777.84 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 596.05 | 4187.80 | XXXXXX5120 |

Other Information:

| Paid Time Off | Banked This Pay | Total Banked | Total Taken | Available |
|---|---|---|---|---|
| Pto | 3.7191 | 34.0150 | 26.5000 | 7.5150 |

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 706.56 | 4965.64 | |
| Medicare | 706.56 | 4965.64 | |
| Federal Income Tax | 706.56 | 4965.64 | M / 0 |
| Pennsylvania | 706.56 | 4965.64 | M / 0 |
| PA LST $52 | 706.56 | 4965.64 | |
| PA Employee Unemp. | 706.56 | 4965.64 | |
| Koppel Boro, Beaver | 706.56 | 4965.64 | M / 0 |

Rochester Manor
174 Virginia Avenue
Rochester, PA 15074

PAPT    A346

PAPT    A346
Rochester Manor
174 Virginia Avenue
Rochester, PA 15074

Martin Veitz
6402 6th Ave
Koppel, PA 16136