IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br> Martin L. Veitz <br> Bonnie S. Veitz <br>     Debtor(s) | Bankruptcy No.  19-21434-GLT <br><br> Chapter 13 <br><br> Document No. |
| Bonnie S. Veitz <br>     Movant(s) <br><br> v. <br><br> No Respondents | |

**AFFIDAVIT OF NO PAYMENT ADVICES**

I, **Bonnie S. Veitz**, hereby certify that within sixty (60) days before the date of filing the above-caption bankruptcy petition, I did not receive payment advices (e.g. "paystubs") as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), from any source of employment.  I further certify that I received no payment advices during that period because I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  May 13, 2019                                                 /s/ Bonnie S. Veitz
                                                                                                              **Bonnie S. Veitz**
                                                                                                              Debtor