www.payro...

| | | | | | |
|---|---|---|---|---|---|
| Martin Veitz | | Pay Date | 02/08/2019 | | This Pay | Year-To-Date |
| 6402 6th Ave | | Period Begin | 01/20/2019 | Earnings | 608.13 | 2141.57 |
| Koppel, PA 16136 | | Period End | 02/02/2019 | Taxes | 89.07 | 336.29 |
| Employee No. 5927 | | Voucher No. | 39029 | Net Pay | 519.06 | 1805.28 |
| | | Dept No. | 41200 | | | |

Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 608.13 | 1806.88 | 8.7500 | 69.50 | 206.50 |
| Holiday - worked | | 203.44 | | | 15.50 |
| Holiday-not worked | | 131.25 | | | 15.00 |
| Total | 608.13 | 2141.57 | | 69.50 | 237.00 |

Bankruptcy Case No:
19-21434-GLT

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 37.70 | 132.77 |
| Medicare | 8.82 | 31.06 |
| Federal Income Tax | 15.43 | 78.01 |
| Pennsylvania | 18.67 | 65.75 |
| PA LST $52 | 2.00 | 6.00 |
| PA Employee Unemp. | 0.37 | 1.29 |
| Koppel Boro, Beaver | 6.08 | 21.41 |
| Total | 89.07 | 336.29 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 519.06 | 1805.28 | XXXXXX5120 |

Other Information:

| Paid Time Off | Banked This Pay | Total Banked | Total Taken | Available |
|---|---|---|---|---|
| Pto | 3.2109 | 20.3859 | | 20.3859 |

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 608.13 | 2141.57 | |
| Medicare | 608.13 | 2141.57 | |
| Federal Income Tax | 608.13 | 2141.57 | M / 0 |
| Pennsylvania | 608.13 | 2141.57 | M / 0 |
| PA LST $52 | 608.13 | 2141.57 | |
| PA Employee Unemp. | 608.13 | 2141.57 | |
| Koppel Boro, Beaver | 608.13 | 2141.57 | M / 0 |

Rochester Manor
174 Virginia Avenue
Rochester, PA 15074

PAPT    A346


PAPT    A346
Rochester Manor
174 Virginia Avenue
Rochester, PA 15074


Martin Veitz
6402 6th Ave
Koppel, PA 16136

www.payro...

| | | | | | This Pay | Year-To-Date |
|---|---|---|---|---|---|---|
| Martin Veitz | | Pay Date | 02/22/2019 | | | |
| 6402 6th Ave | | Period Begin | 02/03/2019 | Earnings | 693.44 | 2835.01 |
| Koppel, PA 16136 | | Period End | 02/16/2019 | Taxes | 107.65 | 443.94 |
| Employee No. 5927 | | Voucher No. | 53030 | Net Pay | 585.79 | 2391.07 |
| | | Dept No. | 41200 | | | |

Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 693.44 | 2500.32 | 8.7500 | 79.25 | 285.75 |
| Holiday - worked | | 203.44 | | | 15.50 |
| Holiday-not worked | | 131.25 | | | 15.00 |
| Total | 693.44 | 2835.01 | | 79.25 | 316.25 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 42.99 | 175.76 |
| Medicare | 10.06 | 41.12 |
| Federal Income Tax | 23.96 | 101.97 |
| Pennsylvania | 21.29 | 87.04 |
| PA LST $52 | 2.00 | 8.00 |
| PA Employee Unemp. | 0.42 | 1.71 |
| Koppel Boro, Beaver | 6.93 | 28.34 |
| Total | 107.65 | 443.94 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 585.79 | 2391.07 | XXXXXX5120 |

Other Information:

| Paid Time Off | Banked This Pay | Total Banked | Total Taken | Available |
|---|---|---|---|---|
| Pto | 3.6614 | 24.0473 | | 24.0473 |

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 693.44 | 2835.01 | |
| Medicare | 693.44 | 2835.01 | |
| Federal Income Tax | 693.44 | 2835.01 | M / 0 |
| Pennsylvania | 693.44 | 2835.01 | M / 0 |
| PA LST $52 | 693.44 | 2835.01 | |
| PA Employee Unemp. | 693.44 | 2835.01 | |
| Koppel Boro, Beaver | 693.44 | 2835.01 | M / 0 |

Rochester Manor
174 Virginia Avenue
Rochester, PA 15074

PAPT    A346

PAPT    A346
Rochester Manor
174 Virginia Avenue
Rochester, PA 15074

Martin Veitz
6402 6th Ave
Koppel, PA 16136

www.payroll.com                              Pay Statement                                    PAYMILL

| | | | | | | |
|---|---|---|---|---|---|---|
| Martin Veitz | | Pay Date | 03/08/2019 | | This Pay | Year-To-Date |
| 6402 6th Ave | | Period Begin | 02/17/2019 | Earnings | 680.32 | 3515.33 |
| Koppel, PA 16136 | | Period End | 03/02/2019 | Taxes | 104.79 | 548.73 |
| Employee No. 5927 | | Voucher No. | 67028 | Net Pay | 575.53 | 2966.60 |
| | | Dept No. | 41200 | | | |

Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 529.38 | 3029.70 | 8.7500 | 60.50 | 346.25 |
| Overtime | 19.69 | 19.69 | 13.1250 | 1.50 | 1.50 |
| Holiday - worked | | 203.44 | | | 15.50 |
| Holiday-not worked | | 131.25 | | | 15.00 |
| Pto | 131.25 | 131.25 | 8.7500 | 15.00 | 15.00 |
| Total | 680.32 | 3515.33 | | 77.00 | 393.25 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 42.18 | 217.94 |
| Medicare | 9.86 | 50.98 |
| Federal Income Tax | 22.65 | 124.62 |
| Pennsylvania | 20.89 | 107.93 |
| PA LST $52 | 2.00 | 10.00 |
| PA Employee Unemp. | 0.41 | 2.12 |
| Koppel Boro, Beaver | 6.80 | 35.14 |
| Total | 104.79 | 548.73 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 575.53 | 2966.60 | XXXXXX5120 |

Other Information:

| Paid Time Off | Banked This Pay | Total Banked | Total Taken | Available |
|---|---|---|---|---|
| Pto | 2.8644 | 26.9117 | 15.0000 | 11.9117 |

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 680.32 | 3515.33 | |
| Medicare | 680.32 | 3515.33 | |
| Federal Income Tax | 680.32 | 3515.33 | M / 0 |
| Pennsylvania | 680.32 | 3515.33 | M / 0 |
| PA LST $52 | 680.32 | 3515.33 | |
| PA Employee Unemp. | 680.32 | 3515.33 | |
| Koppel Boro, Beaver | 680.32 | 3515.33 | M / 0 |

Rochester Manor
174 Virginia Avenue
Rochester, PA 15074

                                                    PAPT    A346


            PAPT    A346
    Rochester Manor
    174 Virginia Avenue
    Rochester, PA 15074




        Martin Veitz
        6402 6th Ave
        Koppel, PA 16136

www.payro... PAYROLL

| Martin Veitz | Pay Date | 03/22/2019 | | This Pay | Year-To-Date |
|---|---|---|---|---|---|
| 6402 6th Ave | Period Begin | 03/03/2019 | Earnings | 743.75 | 4259.08 |
| Koppel, PA 16136 | Period End | 03/16/2019 | Taxes | 118.60 | 667.33 |
| Employee No. 5927 | Voucher No. | 81027 | Net Pay | 625.15 | 3591.75 |
| | Dept No. | 41200 | | | |

Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 636.56 | 3666.26 | 8.7500 | 72.75 | 419.00 |
| Overtime | 6.56 | 26.25 | 13.1250 | 0.50 | 2.00 |
| Holiday - worked | | 203.44 | | | 15.50 |
| Holiday-not worked | | 131.25 | | | 15.00 |
| Pto | 100.63 | 231.88 | 8.7500 | 11.50 | 26.50 |
| Total | 743.75 | 4259.08 | | 84.75 | 478.00 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 46.11 | 264.05 |
| Medicare | 10.78 | 61.76 |
| Federal Income Tax | 28.99 | 153.61 |
| Pennsylvania | 22.83 | 130.76 |
| PA LST $52 | 2.00 | 12.00 |
| PA Employee Unemp. | 0.45 | 2.57 |
| Koppel Boro, Beaver | 7.44 | 42.58 |
| Total | 118.60 | 667.33 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 625.15 | 3591.75 | XXXXXX5120 |

Other Information:

| Paid Time Off | Banked This Pay | Total Banked | Total Taken | Available |
|---|---|---|---|---|
| Pto | 3.3842 | 30.2959 | 26.5000 | 3.7959 |

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 743.75 | 4259.08 | |
| Medicare | 743.75 | 4259.08 | |
| Federal Income Tax | 743.75 | 4259.08 | M / 0 |
| Pennsylvania | 743.75 | 4259.08 | M / 0 |
| PA LST $52 | 743.75 | 4259.08 | |
| PA Employee Unemp. | 743.75 | 4259.08 | |
| Koppel Boro, Beaver | 743.75 | 4259.08 | M / 0 |

Rochester Manor
174 Virginia Avenue
Rochester, PA 15074

PAPT    A346

PAPT    A346
Rochester Manor
174 Virginia Avenue
Rochester, PA 15074

Martin Veitz
6402 6th Ave
Koppel, PA 16136

www.payro...

Martin Veitz
6402 6th Ave
Koppel, PA 16136
Employee No.  5927

Pay Date      04/05/2019
Period Begin  03/17/2019
Period End    03/30/2019
Voucher No.   95027
Dept No.      41200

|          | This Pay | Year-To-Date |
|----------|----------|--------------|
| Earnings | 706.56   | 4965.64      |
| Taxes    | 110.51   | 777.84       |
| Net Pay  | 596.05   | 4187.80      |

## Your Pay:

### Earnings

|                   | Earnings This Pay | Earnings YTD | Rate    | Hours This Pay | Hours YTD |
|-------------------|-------------------|--------------|---------|----------------|-----------|
| Regular           | 700.00            | 4366.26      | 8.7500  | 80.00          | 499.00    |
| Overtime          | 6.56              | 32.81        | 13.1250 | 0.50           | 2.50      |
| Holiday - worked  |                   | 203.44       |         |                | 15.50     |
| Holiday-not worked|                   | 131.25       |         |                | 15.00     |
| Pto               |                   | 231.88       |         |                | 26.50     |
| Total             | 706.56            | 4965.64      |         | 80.50          | 558.50    |

### Taxes

|                    | This Pay | YTD    |
|--------------------|----------|--------|
| Social Security    | 43.81    | 307.86 |
| Medicare           | 10.25    | 72.01  |
| Federal Income Tax | 25.27    | 178.88 |
| Pennsylvania       | 21.69    | 152.45 |
| PA LST $52         | 2.00     | 14.00  |
| PA Employee Unemp. | 0.42     | 2.99   |
| Koppel Boro, Beaver| 7.07     | 49.65  |
| Total              | 110.51   | 777.84 |

### Net Pay

|            | This Pay | YTD     | Account Number |
|------------|----------|---------|----------------|
| This Check | 596.05   | 4187.80 | XXXXXX5120     |

## Other Information:

### Paid Time Off

|     | Banked This Pay | Total Banked | Total Taken | Available |
|-----|-----------------|--------------|-------------|-----------|
| Pto | 3.7191          | 34.0150      | 26.5000     | 7.5150    |

### Tax Status

|                    | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|--------------------|---------------------------|----------------------|---------------|
| Social Security    | 706.56                    | 4965.64              |               |
| Medicare           | 706.56                    | 4965.64              |               |
| Federal Income Tax | 706.56                    | 4965.64              | M / 0         |
| Pennsylvania       | 706.56                    | 4965.64              | M / 0         |
| PA LST $52         | 706.56                    | 4965.64              |               |
| PA Employee Unemp. | 706.56                    | 4965.64              |               |
| Koppel Boro, Beaver| 706.56                    | 4965.64              | M / 0         |

Rochester Manor
174 Virginia Avenue
Rochester, PA 15074

PAPT   A346

PAPT   A346
Rochester Manor
174 Virginia Avenue
Rochester, PA 15074

Martin Veitz
6402 6th Ave
Koppel, PA 16136