**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Martin L. Veitz** | Social Security number or ITIN  xxx–xx–9606 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Bonnie S. Veitz** | Social Security number or ITIN  xxx–xx–2451 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13   4/8/19 |
| Case number: | 19–21434–GLT | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                              12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Martin L. Veitz | Bonnie S. Veitz |
| 2. | **All other names used in the last 8 years** | aka Martin Lee Veitz | aka Bonnie Sue Veitz |
| 3. | **Address** | PO Box 468<br>Koppel, PA 16136 | PO Box 468<br>Koppel, PA 16136 |
| 4. | **Debtor's attorney**<br>Name and address | Mark G. Moynihan<br>Moynihan Law, P.C.<br>112 Washington Pl Ste 230<br>Pittsburgh, PA 15219 | Contact phone 412–889–8535<br><br>Email: mark@moynihanlaw.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 5/14/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 10, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/9/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/17/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/7/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**6/10/19** at **09:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 19-21434-GLT
Martin L. Veitz                                                        Chapter 13
Bonnie S. Veitz
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: culy                Page 1 of 2              Date Rcvd: May 15, 2019
                                  Form ID: 309I             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db/jdb         +Martin L. Veitz,   Bonnie S. Veitz,   PO Box 468,   Koppel, PA 16136-0468
aty            +James Warmbrodt,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Keri P. Ebeck,   Bernstein-Burkley,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1945
tr             +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
15029517       +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   PO Box 790034,
                 St Louis, MO 63179-0034
15029518       +Eastern Revenue Inc,   Attn: Bankruptcy Dept.,   601 Dresher Rd. Suite 301,
                 Horsham, PA 19044-2277
15029531       +Northwest Bank,   Attn: Bankruptcy,   PO Box 128,   Warren, PA 16365-0128
15029537       +Quicken Loans,   662 Woodward Avenue,   Detroit, MI 48226-3433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mark@moynihanlaw.net May 15 2019 06:41:42      Mark G. Moynihan,
                 Moynihan Law, P.C.,   112 Washington Pl Ste 230,   Pittsburgh, PA  15219
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 06:42:00      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov May 15 2019 06:42:07
                 Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +E-mail/Text: kburkley@bernsteinlaw.com May 15 2019 06:42:22      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +EDI: PRA.COM May 15 2019 09:43:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
15029515       +E-mail/Text: bankruptcy@usecapital.com May 15 2019 06:42:29      Capital Accounts,
                 PO Box 140065,   Nashville, TN 37214-0065
15029516       +EDI: CAPITALONE.COM May 15 2019 09:43:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
15034391       +EDI: CHRM.COM May 15 2019 09:43:00      Chrysler Capital,   P.O. Box 961275,
                 Fort Worth, TX 76161-0275
15029519       +E-mail/Text: bknotice@ercbpo.com May 15 2019 06:42:12      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
15029520       +EDI: BLUESTEM May 15 2019 09:43:00      Fingerhut,   Attn: Bankruptcy,   PO Box 1250,
                 Saint Cloud, MN 56395-1250
15029521       +EDI: BLUESTEM May 15 2019 09:43:00      Fingerhut,   6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
15032987       +E-mail/Text: paparalegals@pandf.us May 15 2019 06:42:27      Gregg L. Morris, Esquire,
                 Patenaude & Felix, A.P.C.,   501 Corporate Drive,   Southpointe Center, Ste 205,
                 Canonsburg, PA 15317-8584
15029522        EDI: IRS.COM May 15 2019 09:43:00      Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
15029523       +EDI: RESURGENT.COM May 15 2019 09:43:00      LVNV Funding LLC,   PO Box 10497,
                 Greenville, SC 29603-0497
15029524       +EDI: RESURGENT.COM May 15 2019 09:43:00      LVNV Funding LLC,   PO Box 1269,
                 Greenville, SC 29602-1269
15029525       +EDI: RESURGENT.COM May 15 2019 09:43:00      LVNV Funding, LLC,   55 Beattie Place, Suite 110,
                 Greenville, SC 29601-5115
15031636        EDI: RESURGENT.COM May 15 2019 09:43:00      LVNV Funding, LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
15029526       +EDI: MERRICKBANK.COM May 15 2019 09:43:00      Merrick Bank,   PO Box 9201,
                 Old Bethpage, NY 11804-9001
15029527       +EDI: CBS7AVE May 15 2019 09:43:00      Midnight Velvet,   Attn: Bankruptcy,   1112 7th Avenue,
                 Monroe, WI 53566-1364
15029528       +EDI: NHCLLC.COM May 15 2019 09:43:00      National Hospital Collections,
                 16 Distributor Drive, Suite 2,   Morgantown, WV 26501-7209
15029529       +E-mail/Text: Bankruptcies@nragroup.com May 15 2019 06:42:27      National Recovery Agency,
                 P.O. Box 67015,   Harrisburg, PA 17106-7015
15029530       +E-mail/Text: Bankruptcies@nragroup.com May 15 2019 06:42:27      National Recovery Agency,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
15032777        EDI: AGFINANCE.COM May 15 2019 09:43:00      ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
15029533       +EDI: AGFINANCE.COM May 15 2019 09:43:00      OneMain Financial,   Attn: Bankruptcy,
                 601 Nw 2nd Street,   Evansville, IN 47708-1013
15029535        EDI: PRA.COM May 15 2019 09:43:00      Portfolio Recovery Associates, LLC,   120 Corporate Blvd,
                 Norfolk, VA 23502
15029536        EDI: PRA.COM May 15 2019 09:43:00      Portfolio Recovery Associates, LLC,   140 Corporate Blvd,
                 Norfolk, VA 23502
15029534       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 06:42:00
                 Pennsylvania Department of Revenue,   Bankruptcy/Collection Unit,
                 10th Floor Strawberry Square,   4th & Walnut Streets,   Harrisburg, PA 17128-0001

```
District/off: 0315-2             User: culy                Page 2 of 2                Date Rcvd: May 15, 2019
                                 Form ID: 309I             Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15029538       +E-mail/Text: bankruptcyteam@quickenloans.com May 15 2019 06:42:17      Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
15029539       +EDI: DRIV.COM May 15 2019 09:43:00      Santander Consumer USA,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
15030399       +EDI: RMSC.COM May 15 2019 09:43:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
15029540       +EDI: RMSC.COM May 15 2019 09:43:00      Synchrony Bank/Walmart,   Attn: Bankruptcy,
                 PO Box 965060,   Orlando, FL 32896-5060
15029541       +E-mail/Text: bankruptcydepartment@tsico.com May 15 2019 06:42:21      Transworld Sys Inc/51,
                 Attn: Bankruptcy,   PO Box 15618,   Wilmington, DE 19850-5618
15029542       +EDI: VERIZONCOMB.COM May 15 2019 09:43:00      Verizon Wireless,
                 Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
15029543       +EDI: WFFC.COM May 15 2019 09:43:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 PO Box 19657,   Irvine, CA 92623-9657
15029544       +EDI: WFFC.COM May 15 2019 09:43:00      Wells Fargo Dealer Services,    PO Box 1697,
                 Winterville, NC 28590-1697
                                                                                                TOTAL: 35

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
15029532       ##+Northwest Consumer Discount,    1602 7th Ave,   Beaver Falls, PA 15010-4012
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mark G. Moynihan    on behalf of Debtor Martin L. Veitz mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan    on behalf of Joint Debtor Bonnie S. Veitz mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```