**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-21434-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Martin L. Veitz<br>PO Box 468<br>Koppel PA 16136 | Bonnie S. Veitz<br>PO Box 468<br>Koppel PA 16136 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/10/2020.

Name and Address of Alleged Transferor(s):

Claim No. 10: Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA  98083-0788

Name and Address of Transferee:

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/12/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Martin L. Veitz  
Bonnie S. Veitz  
    Debtors

Case No. 19-21434-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Apr 10, 2020  
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
15066227       E-mail/Text: bnc-quantum@quantum3group.com Apr 11 2020 03:01:43  
         Quantum3 Group LLC as agent for,    Bluestem and SCUSA,    PO Box 788,  
         Kirkland, WA   98083-0788  
                                                                                            TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2020 at the address(es) listed below:  
         James   Warmbrodt     on behalf of Creditor     Quicken Loans Inc. bkgroup@kmllawgroup.com  
         Keri P. Ebeck     on behalf of Creditor     Duquesne Light Company kebeck@bernsteinlaw.com,  
          jbluemle@bernsteinlaw.com  
         Mark G. Moynihan     on behalf of Joint Debtor Bonnie S. Veitz mark@moynihanlaw.net,  
          moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
         Mark G. Moynihan     on behalf of Debtor Martin L. Veitz mark@moynihanlaw.net,  
          moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
         Mark G. Moynihan     on behalf of Plaintiff Bonnie S. Veitz mark@moynihanlaw.net,  
          moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
         Mark G. Moynihan     on behalf of Plaintiff Martin L. Veitz mark@moynihanlaw.net,  
          moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         William E. Craig     on behalf of Creditor     Santander Consumer USA Inc., d/b/a Chrysler Capital  
          ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
         William E. Craig     on behalf of Defendant     Santander Consumer USA Inc., an Illinois corporation  
          d/b/a Chrysler Capital ecfmail@mortoncraig.com,  
          mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                       TOTAL: 10