IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MARTIN L. VEITZ<br>BONNIE S. VEITZ<br>    Debtor(s) | Bankruptcy No. 19-21434-GLT<br><br>Chapter 13<br><br>Related to Document No. 54, 55 |
| MARTIN L. VEITZ<br>BONNIE S. VEITZ<br>    Movant(s) | Hearing Date: May 6, 2020 at 10:30AM |
|     v. | |
| EAST END TRIAL GROUP, LLC<br>MOYNIHAN LAW, PC<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on March 30, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than **April 16, 2020**.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

                                                  Respectfully submitted,

Dated:  April 17, 2020                  /s/ Mark G. Moynihan
                                                  Mark G. Moynihan, Esquire
                                                  Attorney for Debtor(s)
                                                  PA 307622
                                                  2 Chatham Center, Suite 230
                                                  Pittsburgh, PA 15219
                                                  Phone:  (412) 889-8535
                                                  Fax:  (800) 997-8192
                                                  Email: mark@moynihanlaw.net