IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MARTIN L. VEITZ<br>BONNIE S. VEITZ<br>    Debtor(s)<br><br>MARTIN L. VEITZ<br>BONNIE S. VEITZ<br>    Movant(s)<br><br>    v.<br><br>EAST END TRIAL GROUP, LLC<br>MOYNIHAN LAW, PC<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Bankruptcy No. 19-21434-GLT<br><br>Chapter 13<br><br>Related to Document No. 60 |

**CERTIFICATE OF SERVICE OF
ORDER OF EMPLOYMENT OF SPECIAL COUNSEL**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 21, 2020.

The type(s) of service made on the parties was: first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Executed on: <u>April 21, 2020</u>

/s/ Mark G. Moynihan
Mark G. Moynihan, Esquire
Attorney for Debtor(s)
PA 307622
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
Phone: (412) 889-8535
Fax: (800) 997-8192
Email: mark@moynihanlaw.net

**Service by NEF**

William E. Craig on behalf of Creditor Santander Consumer USA Inc., d/b/a Chrysler Capital
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig on behalf of Defendant Santander Consumer USA Inc., an Illinois corporation d/b/a Chrysler Capital
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Mark G. Moynihan on behalf of Debtor Martin L. Veitz
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan on behalf of Joint Debtor Bonnie S. Veitz
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor Quicken Loans Inc.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

| | | |
|---|---|---|
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | East End Trial Group, LLC<br>212 45th St.<br>Pittsburgh, PA 15201-2802 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Santander Consumer USA Inc., d/b/a Chrysler<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 |
| Capital Accounts<br>PO Box 140065<br>Nashville, TN 37214-0065 | Capital One<br>Attn: General Correspondence/Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |

| | | |
|---|---|---|
| Centers for Rehab Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Citibank/The Home Depot<br>Attn: Recovery/Centralized Bankruptcy<br>PO Box 790034<br>St Louis, MO 63179-0034 | Donna Paisley<br>114 Forest Drive<br>Darlington, PA 16115-3206 | ERC/Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| Eastern Revenue Inc<br>Attn: Bankruptcy Dept.<br>601 Dresher Rd. Suite 301<br>Horsham, PA 19044-2238 | Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Fingerhut<br>Attn: Bankruptcy<br>PO Box 1250<br>Saint Cloud, MN 56395-1250 |
| Gregg L. Morris, Esquire<br>Patenaude & Felix, A.P.C.<br>501 Corporate Drive<br>Southpointe Center, Ste 205<br>Canonsburg, PA 15317-8584 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC 29603-0497 | LVNV Funding LLC<br>PO Box 1269<br>Greenville, SC 29602-1269 | LVNV Funding, LLC<br>55 Beattie Place, Suite 110<br>Greenville, SC 29601-5115 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 |
| Midnight Velvet<br>Attn: Bankruptcy<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | National Hospital Collections<br>16 Distributor Drive, Suite 2<br>Morgantown, WV 26501-7209 |
| National Recovery Agency<br>2491 Paxton St<br>Harrisburg, PA 17111-1036 | National Recovery Agency<br>P.O. Box 67015<br>Harrisburg, PA 17106-7015 | Northwest Bank<br>Attn: Bankruptcy<br>PO Box 128<br>Warren, PA 16365-0128 |

| | | |
|---|---|---|
| Northwest Consumer Discount<br>1602 7th Ave<br>Beaver Falls, PA 15010-4012 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | Office of the United States<br>Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| OneMain Financial<br>Attn: Bankruptcy<br>601 Nw 2nd Street<br>Evansville, IN 47708-1013 | Pennsylvania Department of<br>Revenue<br>Bankruptcy/Collection Unit<br>10th Floor Strawberry Square<br>4th & Walnut Streets<br>Harrisburg, PA 17128-0001 | PORTFOLIO RECOVERY<br>ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent<br>for<br>Bluestem and SCUSA<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent<br>for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quicken Loans<br>1050 Woodward Avenue<br>Detroit, MI 48226-1906 |
| Quicken Loans<br>662 Woodward Avenue<br>Detroit, MI 48226-3433 | Quicken Loans Inc.<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 | Santander Consumer USA<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 |
| Synchrony Bank<br>c/o of PRA Receivables<br>Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Walmart<br>Attn:  Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Transworld Sys Inc/51<br>Attn: Bankruptcy<br>PO Box 15618<br>Wilmington, DE 19850-5618 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Verizon Wireless<br>Attn: Verizon Wireless<br>Bankruptcy Admini<br>500 Technology Dr, Ste 550<br>Weldon Spring, MO 63304-2225 | Wells Fargo Bank N.A., d/b/a<br>Wells Fargo Aut<br>PO Box 130000<br>Raleigh NC 27605-1000 |
| Wells Fargo Bank NA<br>PO Box 10709<br>Raleigh, NC 27605-0709 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>PO Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Dealer Services<br>PO Box 1697<br>Winterville, NC 28590-1697 |
| Martin L. Veitz<br>Bonnie S. Veitz<br>PO Box 468<br>Koppel, PA 16136-0468 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |