Certificate Number: 17572-PAW-DE-034512811

Bankruptcy Case Number: 19-21434



17572-PAW-DE-034512811

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 1, 2020, at 10:07 o'clock AM PDT, Bonnie Veitz completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 1, 2020              By:    /s/Leigh-Anna M Thompson

                                  Name:  Leigh-Anna M Thompson

                                  Title: Counselor