Form 106–C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CASE NAME: Martin L. Veitz and Bonnie S. Veitz

CASE NUMBER: 19–21434–GLT

RELATED TO DOCUMENT NO: 64

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The Withdrawal of Proof of Claim 1 of LVNV Funding, LLC that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The filing party must re–file the Withdrawal of Claim No. 1, ensuring that the caption of the document is aligned in compliance with Official Form 416A.

You must file a Withdrawal of Proof of Claim No. 1 of LVNV Funding, LLC within seven (7) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Withdrawal of Proof of Claim No. 1 that is filed in response to this Notice.**

Dated this The 27th of August, 2020

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Martin L. Veitz
Bonnie S. Veitz
    Debtors

Case No. 19-21434-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Aug 27, 2020
                 Form ID: 106c     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2020.
db/jdb     +Martin L. Veitz,    Bonnie S. Veitz,    PO Box 468,    Koppel, PA 16136-0468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
            +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2020 04:09:17
             LVNV Funding, LLC/Resurgent Capital Services,    Attn: Julia Doan,    55 Beattie Place, MS 127,    Greenville, SC 29601-5115
15031636        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2020 04:09:41     LVNV Funding, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                                                 TOTAL: 2

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2020 at the address(es) listed below:
         James Warmbrodt     on behalf of Creditor     Quicken Loans Inc. bkgroup@kmllawgroup.com
         Keri P. Ebeck     on behalf of Creditor     Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
         Mark G. Moynihan     on behalf of Plaintiff Bonnie S. Veitz mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
         Mark G. Moynihan     on behalf of Plaintiff Martin L. Veitz mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
         Mark G. Moynihan     on behalf of Joint Debtor Bonnie S. Veitz mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
         Mark G. Moynihan     on behalf of Debtor Martin L. Veitz mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
         William E. Craig     on behalf of Creditor     Santander Consumer USA Inc., d/b/a Chrysler Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
         William E. Craig     on behalf of Defendant     Santander Consumer USA Inc., an Illinois corporation d/b/a Chrysler Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                TOTAL: 10