IN THE UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania

In RE:  In Proceedings:
19-21434

Debtor(s):
Martin L Veitz
Bonnie S Veitz

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 1 IN THE AMOUNT OF $1,926.07

Creditor's Signature     /s/ Julia Doan

Creditors Name & Address:

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

Date: September 10, 2020

*55 Beattie Place, Ste-400, MS-127* 1   *Greenville, South Carolina 29601* 1   *Telephone 877.264.5884*

B B B
MEMSER