FILED
9/11/20 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania

In RE: In Proceedings:
19-21434
Related Dkt. No. 71

Debtor(s):
Martin L Veitz
Bonnie S Veitz

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 1 IN THE AMOUNT OF $1,926.07

Creditor's Signature    /s/ Julia Doan

SO ORDERED this 11th day of September 2020,

Creditors Name & Address:

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

_____
GREGORY L. TADDONIO  hct
UNITED STATES BANKRUPTCY COURT

Date: September 10, 2020

*55 Beattie Place, Ste-400, MS-127* 1   *Greenville, South Carolina 29601* 1   *Telephone 877.264.5884*

B B B
MEMSER

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-21434-GLT
Martin L. Veitz                                                       Chapter 13
Bonnie S. Veitz
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1              Date Rcvd: Sep 11, 2020
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.
db/jdb         +Martin L. Veitz,    Bonnie S. Veitz,    PO Box 468,    Koppel, PA 16136-0468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2020 03:50:35      LVNV Funding LLC,
                c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC  29603-0587
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mark G. Moynihan     on behalf of Plaintiff Bonnie S. Veitz mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan     on behalf of Plaintiff Martin L. Veitz mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan     on behalf of Joint Debtor Bonnie S. Veitz mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan     on behalf of Debtor Martin L. Veitz mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Craig    on behalf of Defendant    Santander Consumer USA Inc., an Illinois corporation
               d/b/a Chrysler Capital ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10