IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MARTIN L. VEITZ<br>BONNIE S. VEITZ<br>    Debtor(s) | Bankruptcy No. 19-21434-GLT<br><br>Chapter 13 |
| MARTIN L. VEITZ<br>BONNIE S. VEITZ<br>    Movant(s)<br><br>v.<br><br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Related to Doc No. 69, 70<br><br>Hearing Date: October 28, 2020 at 9:00AM |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTORS' MOTION TO APPROVE SETTLEMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 9, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **September 26, 2020.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                   Respectfully submitted,

                   MOYNIHAN LAW, PC

Dated:  September 29, 2020    By: /s/ Mark G. Moynihan
                   Mark G. Moynihan, Esquire
                   Attorney for Debtor
                   PA 307622
                   2 Chatham Center, Suite 230
                   Pittsburgh, PA 15219
                   Phone:  (412) 889-8535
                   Fax:  (800) 997-8192
                   Email: mark@moynihanlaw.net