FILED
10/2/20 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                            Bankruptcy No. 19-21434-GLT
MARTIN L. VEITZ
BONNIE S. VEITZ
     Debtor(s)                                   Chapter 13

MARTIN L. VEITZ                                   Related to Doc No.  69
BONNIE S. VEITZ
     Movant(s)

     v.

RONDA J. WINNERCOUR, TRUSTEE
     Respondent(s)

## ORDER OF COURT

AND NOW, this ___2nd___ day of __October__, 20_20_, upon consideration of the

Motion to Approve Settlement, it is ORDERED, ADJUDGED and DECREED as follows:

1. The above referenced Motion is hereby GRANTED and the settlement is APPROVED.

2. Settlement funds are to be paid to East End Trial Group IOLTA Trust Acct.

3. East End Trial Group shall disburse the proceeds of the $5,000.00 settlement as follows:

    a. $2,000.00 is to be paid to the Debtors, Martin L. Veitz and Bonnie S. Veitz;

    b. $207.56 is to be paid to East End Trial Group LLC for unreimbursed costs; and

    c. $2,792.44 is to be paid to East End Trial Group LLC and Moynihan Law, P.C. as and for

       reasonable attorney's fees.

Prepared by:  _Mark Moynihan, Esq._

**DEFAULT ENTRY**

Dated: _October 02, 2020_

Gregory L. Taddonio    hct
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                                    Case No. 19-21434-GLT

Martin L. Veitz                                                                                  Chapter 13

Bonnie S. Veitz

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: culy                                        Page 1 of 2
Date Rcvd: Oct 02, 2020                      Form ID: pdf900                          Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Martin L. Veitz, Bonnie S. Veitz, PO Box 468, Koppel, PA 16136-0468 |
| sp | + | East End Trial Group, LLC, 212 45th St., Pittsburgh, PA 15201-2802 |
| sp | + | Moynihan Law, P.C., 2 Chatham Center, Ste. 230, Pittsburgh, PA 15219-3467 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Bonnie S. Veitz, PO Box 468, Koppel, PA 16136-0468 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2020                      Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Mark G. Moynihan | on behalf of Plaintiff Bonnie S. Veitz mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |

District/off: 0315-2    User: culy    Page 2 of 2
Date Rcvd: Oct 02, 2020    Form ID: pdf900    Total Noticed: 3

Mark G. Moynihan
  on behalf of Plaintiff Martin L. Veitz mark@moynihanlaw.net
  moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
  on behalf of Joint Debtor Bonnie S. Veitz mark@moynihanlaw.net
  moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
  on behalf of Debtor Martin L. Veitz mark@moynihanlaw.net
  moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

William E. Craig
  on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital ecfmail@mortoncraig.com,
  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
  on behalf of Defendant Santander Consumer USA Inc.  an Illinois corporation d/b/a Chrysler Capital ecfmail@mortoncraig.com,
  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 10