IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MARTIN L. VEITZ<br>BONNIE S. VEITZ<br>　　Debtors | Bankruptcy No. 19-21434-GLT<br><br>Chapter 13 |
| MARTIN L. VEITZ<br>BONNIE S. VEITZ<br>　　Movants<br><br>　　v.<br><br>QUICKEN LOANS, LLC<br>fka QUICKEN LOANS, INC.,<br>RONDA J. WINNECOUR, TRUSTEE<br>　　Respondent(s) | Doc. No.<br><br>Related to Claim 8 |

**DECLARATION OF PLAN SUFFICIENCY
FOR MORTGAGE PAYMENT CHANGES PURSUANT TO W.PA.LBR 3002-4(b)(2)**

1.　On November 5, 2020, Quicken Loans, LLC filed a Notice of Mortgage Payment Change indicating that the new total payment was $561.66.

2.　The Debtors' Chapter 13 Plan, dated October 29, 2019, which was confirmed on December 5, 2019 includes a payment to Quicken Loans, Inc. of $568.36, which is sufficient to cover the new payment.

3.　Contemporaneously with the filing of this declaration, the Chapter 13 Trustee and the affected creditor have been served with a copy of this declaration.

　　Name of creditor: Quicken Loans, LLC fka Quicken Loans, Inc.

　　Court claim number: 8

　　　　　　　　　　　　　　　　　　　　MOYNIHAN LAW PC

Dated: December 2, 2020　　　　　By:　/s/ Mark G. Moynihan
　　　　　　　　　　　　　　　　　　　　Mark G. Moynihan, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　　　　　PA 307622
　　　　　　　　　　　　　　　　　　　　2 Chatham Center, Suite 230
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　Phone: (412) 889-8535
　　　　　　　　　　　　　　　　　　　　Fax: (800) 997-8192
　　　　　　　　　　　　　　　　　　　　Email: mark@moynihanlaw.net