FILED
12/2/21 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re:* : | |
| : | Case No. 19-21434-GLT |
| **MARTIN L. VEITZ and** : | Chapter 13 |
| **BONNIE S. VEITZ**, : | Related to Dkt. Nos. 81 |
| *Debtors.* : | Hearing: December 22, 2021 at 11:00 a.m. |
| : | Response: December 16, 2021 |

## ORDER TO SHOW CAUSE
## AGAINST MARK MOYNIHAN, ESQ.

This matter came before the Court upon its *Text Order* issued on November 3, 2021 [Dkt. No. 80] requiring the Debtors to comply with W.PA.LBR 3002-4(b) regarding the *Notice of Mortgage Payment Change* filed on October 12, 2021. The *Text Order* required compliance by November 8, 2021 or a daily $25 sanction would be imposed. On November 18, 2021, the Court issued a second *Text Order* [Dkt. No. 81] imposing a $150 sanction upon Mark Moynihan, Esq. for failure to take corrective action within the timeframe allotted under the first *Text Order* [Dkt. No. 80]. Upon review with the Financial Clerk of this Court, it appears that the sanction has not been received and the Debtors have yet to comply with W.PA.LBR 3002-4(b).

For the foregoing reasons, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. A hearing is set for **December 22, 2021 at 11 a.m.** in Courtroom A, 54th Fl., U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219 at which time Mark Moynihan, Esq. shall *personally appear* to show cause why the Court should not hold him in contempt for his failure to comply with several Court Orders and paying the assessed sanction.

2. On or before **December 16, 2021**, Mark Moynihan, Esq. may file any response.

3.  If all necessary corrective action is taken on or before **December 16, 2021** (and the sanction payment is timely remitted), the Court may consider withdrawing this *Order to Show Cause*.

Dated: December 2, 2021

_____
GREGORY L. TADDONI
UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Debtors
Mark Moynihan, Eesq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21434-GLT |
| Martin L. Veitz | Chapter 13 |
| Bonnie S. Veitz | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　　　User: culy　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Dec 02, 2021　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

\+ 　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Martin L. Veitz, Bonnie S. Veitz, PO Box 468, Koppel, PA 16136-0468 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021　　　　　　　　　Signature:　　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Mark G. Moynihan | on behalf of Plaintiff Bonnie S. Veitz mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Plaintiff Martin L. Veitz mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |

Mark G. Moynihan
    on behalf of Joint Debtor Bonnie S. Veitz mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
    on behalf of Debtor Martin L. Veitz mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
    on behalf of Defendant Santander Consumer USA Inc. an Illinois corporation d/b/a Chrysler Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11