B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re | **Martin L. Veitz**
**Bonnie S. Veitz**

_____ Debtor(s)

Case No. **19-21434**

Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................. $ _____ **0.00**

Prior to the filing of this statement I have received ................................. $ _____ **0.00**

Balance Due ................................................................................................ $ _____ **0.00**

2.    $ **0.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

■ Debtor      ☐ Other (specify):

4.    The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
       **Client has agreed that the parties shall follow Local Rules as they pertain to additional compensation above any applicable "No-Look fee" for the Chapter 13 Bankruptcy and Loss Mitigation Program. However, time & expenses records shall be maintained and billed at $250.00 per hour for Chapter 7 matters and Chapter 13 matters from the initial meeting with client. Additional compensation shall be paid in accordance with the Court's Local Rules pertaining to attorney's fees in accordance with In re Busy Beaver, 19 F. 3d (CA 3, PA 1993). See client fee agreement on file with Counsel's office.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 20, 2021**
_____
_Date_

**/s/ Shawn N. Wright**
**Shawn N. Wright**
_Signature of Attorney_
**Law Office of Shawn N. Wright**
**7240 McKnight Road**
**Pittsburgh, PA 15237**
**(412) 920-6565   Fax: (412) 226-5216**
**shawn@shawnwrightlaw.com**
_Name of law firm_

---