IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 19-21434-GLT |
| MARTIN L. VEITZ | |
| BONNIE S. VEITZ | Chapter 13 |
|     Debtors | |
| | Related to Doc. No. 82 |

## RESPONSE TO RULE TO SHOW CAUSE

1. Undersigned counsel apologizes to the Court for the issues created by personal emergency, has apologized to the Debtors, and the Debtors have approved of the transition of this bankruptcy case to successor counsel.

2. Undersigned counsel paid the sanction by phone with Lylenn at the Bankruptcy Clerk's office today, December 20, 2021, and was told that a receipt would be mailed along with notation made on the docket.

3. Due to ongoing personal emergency undersigned counsel for Debtors was unable to timely comply with the order regarding sanctions, has transferred this case and others to other counsel, is winding down his practice and retiring from the practice of law, and undersigned counsel is not in the Commonwealth and will not be able to attend the hearing on December 22, 2021.

WHEREFORE, it is respectfully requested that the hearing on December 22, 2021 be continued.

Respectfully submitted,

MOYNIHAN LAW PC

Dated: December 20, 2021    By:   /s/ Mark G. Moynihan
Mark G. Moynihan, Esquire
Attorney for Debtor(s)
PA 307622
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
Phone: (412) 889-8535
Email: mark@moynihanlaw.net