**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/23/2024

IN RE:

MARTIN L. VEITZ
BONNIE S. VEITZ
PO BOX 468
KOPPEL, PA 16136
XXX-XX-9606          Debtor(s)

XXX-XX-2451

Case No.19-21434 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/23/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 8370 |
| **KML LAW GROUP PC\*\* (FRMRLY BRIAN C. NICH**<br>C/O DENISE CARLON ESQ<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QUICKEN LNS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br>FT WORTH, TX  76161 | Trustee Claim Number: 4    INT %: 6.50%<br>Court Claim Number: 3<br>CLAIM: 19,050.00<br>COMMENT: $-%/STIP OE-PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8661 |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI  48226 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: PMT/DECL\*DKT4LMT\*BGN 5/19 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1877 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO**<br>PO BOX 17900<br>DENVER, CO  80217-0900 | Trustee Claim Number: 6    INT %: 4.50%<br>Court Claim Number: 6<br>CLAIM: 6,679.72<br>COMMENT: $CL6GOV@TERMS/PL\*$/PL-CL@4.5%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9830 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NO YRS~NTC ONLY/SCH\*NT PROV/PL\*DK | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NO YRS~NTC ONLY/SCH\*NT PROV/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: DISPUTED/SCH\*MHC/FNBM/CREDIT ONE\*CL @ 1926.07 W/DRAWN-DOC 64, 71\*OE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6402 |
| **ONE MAIN FINANCIAL GROUP LLC(\*)**<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 6,756.58<br>COMMENT: LOAN BGN 5/4/18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1298 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CAPITAL ACCOUNTS LLC**<br>POB 140065<br>NASHVILLE, TN  37214 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: FAMILY EYE CARE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5960 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:5 | CLAIM: 489.69<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6263 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:17 | CLAIM: 493.29<br>COMMENT: THD*FR CITIBANK-DOC 51 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0166 |
| **EASTERN REVENUE INCOPORATED++**<br>998 OLD EAGLE SCHOOL RD<br>WAYNE, PA  19087 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: BRIGHTON RDLGY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2828 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL  32256-7412 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: SPRINT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6195 |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDII**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:10 | CLAIM: 982.33<br>COMMENT: FINGERHUT*FR BLUESTEM/SCUSA-DOC 56 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0893 |
| **FINGERHUT**<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD, MN  56303 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1278 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:13 | CLAIM: 1,098.34<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3383 |
| **MIDNIGHT VELVET**<br>C/O CREDITORS BANKRUPTCY SERVICE*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 129O |
| **NATIONAL HOSPITAL COLLECTIONS*++**<br>16 DISTRIBUTOR DRIVE<br>STE 2<br>MORGANTOWN, WV  26501 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: HERITAGE VLLY BVR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1601 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **NATIONAL HOSPITAL COLLECTIONS*++**<br>16 DISTRIBUTOR DRIVE<br>STE 2<br>MORGANTOWN, WV  26501 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HERITAGE VLLY BVR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5701 |
| **NATIONAL HOSPITAL COLLECTIONS*++**<br>16 DISTRIBUTOR DRIVE<br>STE 2<br>MORGANTOWN, WV  26501 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HERITAGE VLLY BVR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5702 |
| **NATIONAL RECOVERY AGENCY GROUP****<br>POB 67015<br>HARRISBURG, PA  17016-7015 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HVHS MDCL CNTR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1074 |
| **NATIONAL RECOVERY AGENCY GROUP****<br>POB 67015<br>HARRISBURG, PA  17016-7015 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HVHS MDCL CNTR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1072 |
| **NORTHWEST BANK***<br>COLLECTIONS DEPT*<br>100 LIBERTY ST<br>PO BOX 337*<br>WARREN, PA  16365 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  2,499.65<br>COMMENT:  LOAN BGN 11/4/16 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0130 |
| **NORTHWEST CONSUMER DISCOUNT CO****<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA  16365 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  439.13<br>COMMENT:  CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5074 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  141.75<br>COMMENT:  NUM NT/SCH*SYNCHRONY/WALMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8370 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~WALMART/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8370 |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br>WILMINGTON, DE  19850 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HERITAGE VLLY EMRGNCY PHYS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8241 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 286.33<br>COMMENT: CHARGE OFF 7/29/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **GREGG L MORRIS ESQ++**<br>PATENAUDE & FELIX APC<br>501 CORPORATE DRIVE<br>SOUTHPOINTE CENTER SUITE 205<br>CANONSBURG, PA 15317 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **APRIL VEITZ**<br>2717 NINTH AVE REAR<br><br>BEAVER FALLS, PA 15010 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WILLIAM E CRAIG ESQ**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br><br>MOORESTOWN, NJ 08057 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SANTANDER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MONTGOMERY WARD\*\***<br>C/O CREDITORS BANKRUPTCY SVC\*<br>PO BOX 800849<br><br>DALLAS, TX 75380 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 322.21<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6290 |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br><br>DETROIT, MI 48226 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 170.23<br>COMMENT: $/PL-CL\*THRU 4/19 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1877 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 407.88<br>COMMENT: NT/SCH\*REWARD660 VISA/MOST FUNDING II\*NO PMT EVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7070 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 155.76<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6272 |
| **CENTERS FOR REHAB SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 130.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9606 |