IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Martin Veitz and Bonnie Veitz, | : | Bankruptcy No. 19-21434 |
| Debtors | : | |
| | : | Chapter 13 |
| Shawn N. Wright,  Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## CERTIFICATE OF NO OBJECTION REGARDING APPLICATION TO APPROVE ATTORNEY FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Approve Attorney Fees filed on March 23, 2024 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 9, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

April 10, 2024                                          Respectfully submitted,


/s/Shawn N. Wright
Shawn N. Wright, Esquire
Counsel for Debtors
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
Pa. I.D. No. 64103
shawn@shawnwrightlaw.com