IN THE UNITED STATES BANKRUPTCY COURT

Pennsylvania Western District

FILED
4/29/24 4:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In Re:

Martin Veitz and Bonnie Veitz,

DEBTORS

------------------------------------------

Shawn Wright

APPLICANT

vs.

NO RESPONDENT

.

Case No.: 19-21434

Chapter 13

Document No.  97
Hearing Date:

## ORDER OF COURT

AND NOW  this _29th_ day of _April_ ,2023, the **APPLICATION OF Shawn Wright FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS** is approved for the total

amount of **$975** for services rendered on behalf of the Debtors for the period between December 12, 2021 through March 23,

2024, which represents $975 attorney fees and $0.00 in costs.   The net amount of fees owed is $975.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through   the   plan.

Prepared by:  Shawn Wright, Esq.

**DEFAULT ENTRY**

Dated: April 29, 2024

Gregory    Taddonio    **hct**
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 19-21434-GLT

Martin L. Veitz                                                                            Chapter 13

Bonnie S. Veitz

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Martin L. Veitz, Bonnie S. Veitz, PO Box 468, Koppel, PA 16136-0468 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2024                 Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com |
| | btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | |
| | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Mark G. Moynihan | |
| | on behalf of Plaintiff Martin L. Veitz mark@moynihanlaw.net |
| | moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |

District/off: 0315-2                                       User: auto                                       Page 2 of 2
Date Rcvd: Apr 29, 2024                              Form ID: pdf900                               Total Noticed: 1

Mark G. Moynihan
                  on behalf of Plaintiff Bonnie S. Veitz mark@moynihanlaw.net
                  moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
                  on behalf of Joint Debtor Bonnie S. Veitz mark@moynihanlaw.net
                  moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
                  on behalf of Debtor Martin L. Veitz mark@moynihanlaw.net
                  moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

Shawn N. Wright
                  on behalf of Joint Debtor Bonnie S. Veitz shawn@shawnwrightlaw.com
                  wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
                  on behalf of Debtor Martin L. Veitz shawn@shawnwrightlaw.com
                  wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

William E. Craig
                  on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital wcraig@egalawfirm.com,
                  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
                  on behalf of Defendant Santander Consumer USA Inc.  an Illinois corporation d/b/a Chrysler Capital wcraig@egalawfirm.com,
                  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 14