IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br> MARTIN L. VEITZ <br> BONNIE S. VEITZ <br>     Debtor(s) | Bankruptcy No. 19-21434-GLT <br><br> Chapter 13 |
| MOYNIHAN LAW PC <br>     Movant(s) <br><br> v. <br><br> RONDA J. WINNECOUR, TRUSTEE <br>     Respondent(s) | Document No. 100, 101 <br><br> Hearing Date and Time: May 15, 2024 at 10:30 AM |

### CERTIFICATION OF NO OBJECTION REGARDING
### APPLICATION OF MOYNIHAN LAW, P.C., COUNSEL TO THE DEBTOR, FOR
### FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on **April 14, 2024** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Summary Cover Sheet and Notice of Hearing, objections to the Application were to be filed and served no later than **May 1, 2024.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                                            MOYNIHAN LAW PC

Dated: May 3, 2024                                            /s/ Mark G. Moynihan
                                                                      Mark G. Moynihan, Esquire
                                                                       Attorney for Debtor(s)
                                                                      PA I.D. No. 307622

                                                                      Moynihan Law, P.C.
                                                                      P.O. Box 350745
                                                                      Westminster, CO 80035
                                                                      Phone: (412) 889-8535
                                                                      Email: mark@moynihanlaw.net