FILED
5/13/24 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
MARTIN L. VEITZ  
BONNIE S. VEITZ  
    Debtor(s)

Bankruptcy No. 19-21434-GLT

Chapter 13

MOYNIHAN LAW PC  
    Movant(s)

Document No. 100

v.

RONDA J. WINNECOUR, TRUSTEE  
    Respondent(s)

## ORDER OF COURT

AND NOW, this __13th__ day of __May__, 20__24__, the **Application of Moynihan Law, P.C., Counsel to the Debtor(s), for Final Compensation and Reimbursement of Expenses** is approved for legal services rendered on behalf of the Debtor(s) for the period between **March 31, 2019** through **March 31, 2024** in the *total* amount of **$7,550.00**, which represents $7,055.00 in counsel fees and $500.00 in costs.

After deducting the amounts previously paid to Applicant or approved to be paid to Applicant, the amount of $3,055.00 remains payable, consisting of $3,055.00 for counsel fees and $0.00 for costs incurred.

The Debtor(s) will amend their Chapter 13 Plan to accommodate the additional approved counsel fees and costs within fourteen (14) days of this Order.

Prepared by: __Mark Moynihan, Esq.__

**DEFAULT ENTRY**

Dated: May 13, 2024

Gregory L. Taddonio    hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21434-GLT |
| Martin L. Veitz | Chapter 13 |
| Bonnie S. Veitz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 13, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Martin L. Veitz, Bonnie S. Veitz, PO Box 468, Koppel, PA 16136-0468 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 15, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Mark G. Moynihan | on behalf of Plaintiff Martin L. Veitz mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |

District/off: 0315-2      User: auto      Page 2 of 2
Date Rcvd: May 13, 2024      Form ID: pdf900      Total Noticed: 1

Mark G. Moynihan
    on behalf of Plaintiff Bonnie S. Veitz mark@moynihanlaw.net
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
    on behalf of Joint Debtor Bonnie S. Veitz mark@moynihanlaw.net
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
    on behalf of Debtor Martin L. Veitz mark@moynihanlaw.net
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
    on behalf of Joint Debtor Bonnie S. Veitz shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Debtor Martin L. Veitz shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital wcraig@egalawfirm.com,
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
    on behalf of Defendant Santander Consumer USA Inc.  an Illinois corporation d/b/a Chrysler Capital wcraig@egalawfirm.com,
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 14