Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Martin L. Veitz** | : | Case No. 19–21434–GLT |
| **aka Martin Lee Veitz** | : | Chapter: 13 |
| **Bonnie S. Veitz** | : | |
| **aka Bonnie Sue Veitz** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | Related to Document No. 111 |
| *Movant(s),* | : | |
| | : | Hearing Date: 10/30/24 at 11:00 AM |
| v. | : | |
| **No Respondents** | : | |
| *Respondent(s).* | : | |

### ORDER SCHEDULING DATE
### FOR RESPONSE AND HEARING ON MOTION

     *AND NOW,* this *The 27th of August, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 111 by the Chapter 13 Trustee,

     It is hereby *ORDERED, ADJUDGED* and *DECREED* that:

     (1)  *On or before October 10, 2024*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on *October 30, 2024 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non–evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge–taddonios–video–conference–hearing–information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt–proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

_____

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 19-21434-GLT

Martin L. Veitz                                                                                     Chapter 13

Bonnie S. Veitz

       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                          Page 1 of 5

Date Rcvd: Aug 27, 2024                     Form ID: 604                                     Total Noticed: 58

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##              Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin L. Veitz, PO Box 468, Koppel, PA 16136-0468 |
| jdb | + | Bonnie S. Veitz, PO Box 468, Koppel, PA 16136-0468 |
| sp | + | East End Trial Group, LLC, 212 45th St., Pittsburgh, PA 15201-2802 |
| 15066229 | + | Donna Paisley, 114 Forest Drive, Darlington, PA 16115-3206 |
| 15029528 | + | National Hospital Collections, 16 Distributor Drive, Suite 2, Morgantown, WV 26501-7209 |
| 15029532 | + | Northwest Consumer Discount, 1602 7th Ave, Beaver Falls, PA 15010-4012 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Aug 27 2024 23:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2024 00:00:36 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:42:56 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 23:41:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2024 23:44:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 27 2024 23:45:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15029515 | + | Email/Text: bankruptcy@usecapital.com | Aug 27 2024 23:45:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 15029516 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:01:53 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15052332 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:21:14 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15066925 | | Email/Text: BNCnotices@dcmservices.com | Aug 27 2024 23:43:00 | Centers for Rehab Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15034391 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

District/off: 0315-2                          User: auto                                    Page 2 of 5
Date Rcvd: Aug 27, 2024                       Form ID: 604                          Total Noticed: 58

|  |  |  |
|---|---|---|
|  | Aug 27 2024 23:45:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15071784 + Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  | Aug 28 2024 00:32:31 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15029517 + Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  | Aug 27 2024 23:40:38 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 15029519 + Email/Text: bknotice@ercbpo.com |  |  |
|  | Aug 27 2024 23:45:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15029518 + Email/Text: emails@easternrevenue.com |  |  |
|  | Aug 27 2024 23:44:00 | Eastern Revenue Inc, Attn: Bankruptcy Dept., 601 Dresher Rd. Suite 301, Horsham, PA 19044-2238 |
| 15029521 + Email/Text: bnc-bluestem@quantum3group.com |  |  |
|  | Aug 27 2024 23:45:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15029522 Email/Text: sbse.cio.bnc.mail@irs.gov |  |  |
|  | Aug 27 2024 23:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15029520 Email/Text: bnc-bluestem@quantum3group.com |  |  |
|  | Aug 27 2024 23:45:00 | Fingerhut, Attn: Bankruptcy, PO Box 1250, Saint Cloud, MN 56395 |
| 15060835 Email/Text: JCAP_BNC_Notices@jcap.com |  |  |
|  | Aug 27 2024 23:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15029524 + Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  | Aug 27 2024 23:41:12 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 15029523 + Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  | Aug 28 2024 00:02:17 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 15031636 Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  | Aug 27 2024 23:41:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15029525 + Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  | Aug 27 2024 23:41:15 | LVNV Funding, LLC, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 15066991 Email/PDF: MerrickBKNotifications@Resurgent.com |  |  |
|  | Aug 27 2024 23:41:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15029526 + Email/PDF: MerrickBKNotifications@Resurgent.com |  |  |
|  | Aug 28 2024 00:00:55 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15029527 + Email/Text: bankruptcy@sccompanies.com |  |  |
|  | Aug 27 2024 23:45:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15058887 + Email/Text: bankruptcy@sccompanies.com |  |  |
|  | Aug 27 2024 23:45:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15029529 + Email/Text: Bankruptcies@nragroup.com |  |  |
|  | Aug 27 2024 23:45:00 | National Recovery Agency, P.O. Box 67015, Harrisburg, PA 17106-7015 |
| 15029530 + Email/Text: Bankruptcies@nragroup.com |  |  |
|  | Aug 27 2024 23:45:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15029531 + Email/Text: angela.abreu@northwest.com |  |  |
|  | Aug 27 2024 23:42:00 | Northwest Bank, Attn: Bankruptcy, PO Box 128, Warren, PA 16365-0128 |
| 15032777 Email/PDF: cbp@omf.com |  |  |
|  | Aug 27 2024 23:40:23 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15029533 + Email/PDF: cbp@omf.com |  |  |
|  | Aug 28 2024 00:31:56 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15029535 Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  | Aug 27 2024 23:40:35 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15029536 Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  | Aug 28 2024 00:01:54 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 15201769 Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  | Aug 28 2024 00:01:55 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

District/off: 0315-2                          User: auto                                    Page 3 of 5

Date Rcvd: Aug 27, 2024                       Form ID: 604                                  Total Noticed: 58

| 15070311 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|---|---|---|---|---|
| | | | Aug 28 2024 00:02:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15029534 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Aug 27 2024 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 15229379 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Aug 27 2024 23:44:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15066227 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Aug 27 2024 23:44:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15029537 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Aug 27 2024 23:45:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 15029538 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Aug 27 2024 23:45:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15059463 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Aug 27 2024 23:45:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15029539 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Aug 27 2024 23:45:00 | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15030399 | ^ | MEBN | | |
| | | | Aug 27 2024 23:37:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15029540 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 27 2024 23:41:45 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15029541 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Aug 27 2024 23:45:00 | Transworld Sys Inc/51, Attn: Bankruptcy, PO Box 15618, Wilmington, DE 19850-5618 |
| 15066424 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Aug 27 2024 23:41:15 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15029542 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Aug 27 2024 23:42:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 15055683 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Aug 28 2024 00:02:50 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15228161 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Aug 28 2024 00:21:14 | Wells Fargo Bank NA, PO Box 10709, Raleigh, NC 27605-0709 |
| 15029544 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Aug 27 2024 23:41:07 | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |
| 15029543 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Aug 27 2024 23:41:07 | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| sp | ##+ | Moynihan Law, P.C., 2 Chatham Center, Ste. 230, Pittsburgh, PA 15219-3467 |
| 15032987 | ##+ | Gregg L. Morris, Esquire, Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Ste 205, Canonsburg, PA 15317-8584 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

District/off: 0315-2                          User: auto                              Page 4 of 5
Date Rcvd: Aug 27, 2024                       Form ID: 604                            Total Noticed: 58

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Mark G. Moynihan | on behalf of Debtor Martin L. Veitz markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Plaintiff Martin L. Veitz markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Plaintiff Bonnie S. Veitz markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Joint Debtor Bonnie S. Veitz markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Joint Debtor Bonnie S. Veitz shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Debtor Martin L. Veitz shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Defendant Santander Consumer USA Inc.  an Illinois corporation d/b/a Chrysler Capital wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

District/off: 0315-2                    User: auto                         Page 5 of 5
Date Rcvd: Aug 27, 2024                Form ID: 604                     Total Noticed: 58
TOTAL: 15