**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Martin L. Veitz | Social Security number or ITIN   xxx–xx–9606 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Bonnie S. Veitz | Social Security number or ITIN   xxx–xx–2451 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   19–21434–GLT | | |

# Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Martin L. Veitz
aka Martin Lee Veitz

Bonnie S. Veitz
aka Bonnie Sue Veitz

10/17/24

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21434-GLT |
| Martin L. Veitz | Chapter 13 |
| Bonnie S. Veitz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Oct 17, 2024 | Form ID: 3180W | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Martin L. Veitz, Bonnie S. Veitz, PO Box 468, Koppel, PA 16136-0468 |
| sp | + | East End Trial Group, LLC, 212 45th St., Pittsburgh, PA 15201-2802 |
| 15066229 | + | Donna Paisley, 114 Forest Drive, Darlington, PA 16115-3206 |
| 15029528 | + | National Hospital Collections, 16 Distributor Drive, Suite 2, Morgantown, WV 26501-7209 |
| 15029532 | + | Northwest Consumer Discount, 1602 7th Ave, Beaver Falls, PA 15010-4012 |
| 15029538 | + | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15029537 | + | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 15059463 | + | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 18 2024 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2024 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 18 2024 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2024 23:50:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Oct 17 2024 23:50:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:11:44 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | EDI: PRA.COM | Oct 18 2024 03:43:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Oct 18 2024 03:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | EDI: Q3G.COM | Oct 18 2024 03:43:00 | Quantum3 Group LLC, Sadino Funding LLC, PO |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 17 2024 23:50:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15029515 | + | Email/Text: bankruptcy@usecapital.com | Oct 17 2024 23:50:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 15029516 | + | EDI: CAPITALONE.COM | Oct 18 2024 03:43:00 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15052332 | | EDI: CAPITALONE.COM | Oct 18 2024 03:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15066925 | | Email/Text: BNCnotices@dcmservices.com | Oct 17 2024 23:49:00 | Centers for Rehab Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15034391 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 17 2024 23:50:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15071784 | + | EDI: CITICORP | Oct 18 2024 03:43:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15029517 | + | EDI: CITICORP | Oct 18 2024 03:43:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 15029519 | + | Email/Text: bknotice@ercbpo.com | Oct 17 2024 23:50:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15029518 | + | Email/Text: emails@easternrevenue.com | Oct 17 2024 23:50:00 | Eastern Revenue Inc, Attn: Bankruptcy Dept., 601 Dresher Rd. Suite 301, Horsham, PA 19044-2238 |
| 15029521 | + | EDI: BLUESTEM | Oct 18 2024 03:43:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15029522 | | EDI: IRS.COM | Oct 18 2024 03:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15029520 | | EDI: BLUESTEM | Oct 18 2024 03:43:00 | Fingerhut, Attn: Bankruptcy, PO Box 1250, Saint Cloud, MN 56395 |
| 15060835 | | EDI: JEFFERSONCAP.COM | Oct 18 2024 03:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15029524 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:00:03 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 15029523 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:00:07 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 15031636 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:11:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15029525 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:13:08 | LVNV Funding, LLC, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 15066991 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2024 23:58:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15029526 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2024 23:59:52 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15029527 | + | EDI: CBS7AVE | Oct 18 2024 03:43:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15058887 | + | EDI: CBS7AVE | Oct 18 2024 03:43:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15029529 | + | Email/Text: Bankruptcies@nragroup.com | Oct 17 2024 23:50:00 | National Recovery Agency, P.O. Box 67015, Harrisburg, PA 17106-7015 |
| 15029530 | + | Email/Text: Bankruptcies@nragroup.com | | |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Oct 17 2024 23:50:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15029531 | + | Email/Text: angela.abreu@northwest.com | Oct 17 2024 23:49:00 | Northwest Bank, Attn: Bankruptcy, PO Box 128, Warren, PA 16365-0128 |
| 15032777 | | EDI: AGFINANCE.COM | Oct 18 2024 03:42:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15029533 | + | EDI: AGFINANCE.COM | Oct 18 2024 03:42:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15029535 | | EDI: PRA.COM | Oct 18 2024 03:43:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15029536 | | EDI: PRA.COM | Oct 18 2024 03:43:00 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 15201769 | | EDI: PRA.COM | Oct 18 2024 03:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15070311 | | EDI: PRA.COM | Oct 18 2024 03:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15029534 | + | EDI: PENNDEPTREV | Oct 18 2024 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 15029534 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2024 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 15229379 | | EDI: Q3G.COM | Oct 18 2024 03:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15066227 | | EDI: Q3G.COM | Oct 18 2024 03:43:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15029539 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 17 2024 23:50:00 | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15030399 | ^ | MEBN | Oct 17 2024 23:51:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15029540 | + | EDI: SYNC | Oct 18 2024 03:42:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15029541 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 17 2024 23:50:00 | Transworld Sys Inc/51, Attn: Bankruptcy, PO Box 15618, Wilmington, DE 19850-5618 |
| 15066424 | | EDI: AIS.COM | Oct 18 2024 03:43:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15029542 | + | EDI: VERIZONCOMB.COM | Oct 18 2024 03:42:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 15055683 | + | EDI: WFFC2 | Oct 18 2024 03:43:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15228161 | | EDI: WFFC2 | Oct 18 2024 03:43:00 | Wells Fargo Bank NA, PO Box 10709, Raleigh, NC 27605-0709 |
| 15029544 | + | EDI: WFFC2 | Oct 18 2024 03:43:00 | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |
| 15029543 | + | EDI: WFFC2 | Oct 18 2024 03:43:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 54

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 5 |
| Date Rcvd: Oct 17, 2024 | Form ID: 3180W | Total Noticed: 59 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| sp | ##+ | Moynihan Law, P.C., 2 Chatham Center, Ste. 230, Pittsburgh, PA 15219-3467 |
| 15032987 | ##+ | Gregg L. Morris, Esquire, Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Ste 205, Canonsburg, PA 15317-8584 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2024              Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Mark G. Moynihan | on behalf of Debtor Martin L. Veitz markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Plaintiff Martin L. Veitz markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Plaintiff Bonnie S. Veitz markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Joint Debtor Bonnie S. Veitz markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Oct 17, 2024 | Form ID: 3180W | Total Noticed: 59 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
    on behalf of Joint Debtor Bonnie S. Veitz shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Debtor Martin L. Veitz shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital wcraig@egalawfirm.com,
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
    on behalf of Defendant Santander Consumer USA Inc.  an Illinois corporation d/b/a Chrysler Capital wcraig@egalawfirm.com,
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 15