**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/17/24 11:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
MARTIN L. VEITZ
BONNIE S. VEITZ
      Debtor(s)

Ronda J. Winnecour
      Movant
   vs.
No Repondents.

Case No.:19-21434

Chapter 13

Related to Docket No. 111

**ORDER OF COURT**

AND NOW, this 17th Day of October, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-21434-GLT |
|---|---|
| Martin L. Veitz | Chapter 13 |
| Bonnie S. Veitz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 17, 2024 | Form ID: pdf900 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Martin L. Veitz, Bonnie S. Veitz, PO Box 468, Koppel, PA 16136-0468 |
| sp | + | East End Trial Group, LLC, 212 45th St., Pittsburgh, PA 15201-2802 |
| 15066229 | + | Donna Paisley, 114 Forest Drive, Darlington, PA 16115-3206 |
| 15029528 | + | National Hospital Collections, 16 Distributor Drive, Suite 2, Morgantown, WV 26501-7209 |
| 15029532 | + | Northwest Consumer Discount, 1602 7th Ave, Beaver Falls, PA 15010-4012 |
| 15029538 | + | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15029537 | + | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 15059463 | + | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Oct 17 2024 23:50:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:12:21 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2024 00:10:25 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2024 00:00:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2024 23:50:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 17 2024 23:50:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15029515 | + | Email/Text: bankruptcy@usecapital.com | Oct 17 2024 23:50:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 15029516 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 00:00:02 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15052332 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 00:14:31 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15066925 | | Email/Text: BNCnotices@dcmservices.com | Oct 17 2024 23:49:00 | Centers for Rehab Services, PO Box 1123, |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 17, 2024 | Form ID: pdf900 | Total Noticed: 57 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Minneapolis, MN 55440-1123 |
| 15034391 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 17 2024 23:50:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15071784 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 00:12:40 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15029517 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 00:12:24 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 15029519 | + | Email/Text: bknotice@ercbpo.com | Oct 17 2024 23:50:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15029518 | + | Email/Text: emails@easternrevenue.com | Oct 17 2024 23:50:00 | Eastern Revenue Inc, Attn: Bankruptcy Dept., 601 Dresher Rd. Suite 301, Horsham, PA 19044-2238 |
| 15029521 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 17 2024 23:50:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15029522 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 17 2024 23:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15029520 | | Email/Text: bnc-bluestem@quantum3group.com | Oct 17 2024 23:50:00 | Fingerhut, Attn: Bankruptcy, PO Box 1250, Saint Cloud, MN 56395 |
| 15060835 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2024 23:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15029524 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:11:53 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 15029523 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:11:01 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 15031636 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:14:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15029525 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2024 23:59:52 | LVNV Funding, LLC, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 15066991 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 18 2024 00:11:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15029526 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 18 2024 00:10:50 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15029527 | + | Email/Text: bankruptcy@sccompanies.com | Oct 17 2024 23:50:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15058887 | + | Email/Text: bankruptcy@sccompanies.com | Oct 17 2024 23:50:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15029529 | + | Email/Text: Bankruptcies@nragroup.com | Oct 17 2024 23:50:00 | National Recovery Agency, P.O. Box 67015, Harrisburg, PA 17106-7015 |
| 15029530 | + | Email/Text: Bankruptcies@nragroup.com | Oct 17 2024 23:50:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15029531 | + | Email/Text: angela.abreu@northwest.com | Oct 17 2024 23:49:00 | Northwest Bank, Attn: Bankruptcy, PO Box 128, Warren, PA 16365-0128 |
| 15032777 | | Email/PDF: cbp@omf.com | Oct 17 2024 23:59:44 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15029533 | + | Email/PDF: cbp@omf.com | Oct 18 2024 00:10:48 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15029535 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2024 00:00:03 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15029536 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2024 23:59:43 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 15201769 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 19-21434-GLT   Doc 118   Filed 10/19/24   Entered 10/20/24 00:28:01   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 17, 2024 | Form ID: pdf900 | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15070311 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2024 00:14:32 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15029534 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2024 00:12:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| | | | Oct 17 2024 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 15229379 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2024 23:50:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15066227 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2024 23:50:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15029539 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 17 2024 23:50:00 | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15030399 | ^ | MEBN | Oct 17 2024 23:51:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15029540 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2024 23:58:09 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15029541 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 17 2024 23:50:00 | Transworld Sys Inc/51, Attn: Bankruptcy, PO Box 15618, Wilmington, DE 19850-5618 |
| 15066424 | | Email/PDF: ebn_ais@aisinfo.com | Oct 18 2024 00:11:24 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15029542 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 17 2024 23:49:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 15055683 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 17 2024 23:58:13 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15228161 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 17 2024 23:59:59 | Wells Fargo Bank NA, PO Box 10709, Raleigh, NC 27605-0709 |
| 15029544 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 17 2024 23:59:42 | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |
| 15029543 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 18 2024 00:12:40 | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| sp | ##+ | Moynihan Law, P.C., 2 Chatham Center, Ste. 230, Pittsburgh, PA 15219-3467 |
| 15032987 | ##+ | Gregg L. Morris, Esquire, Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Ste 205, Canonsburg, PA 15317-8584 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Oct 17, 2024 | Form ID: pdf900 | Total Noticed: 57 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2024               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:**

**Name**           **Email Address**

Brent J. Lemon
  on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com

Denise Carlon
  on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com

Denise Carlon
  on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich
  on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Mark G. Moynihan
  on behalf of Debtor Martin L. Veitz markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
  on behalf of Plaintiff Martin L. Veitz markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
  on behalf of Plaintiff Bonnie S. Veitz markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
  on behalf of Joint Debtor Bonnie S. Veitz markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Shawn N. Wright
  on behalf of Joint Debtor Bonnie S. Veitz shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
  on behalf of Debtor Martin L. Veitz shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

William E. Craig
  on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
  on behalf of Defendant Santander Consumer USA Inc. an Illinois corporation d/b/a Chrysler Capital wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 15