# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Martin L. Veitz aka Martin Lee Veitz** <br> **Bonnie S. Veitz aka Bonnie Sue Veitz** <br> Debtors <br><br> **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.** <br> Movant <br> vs. <br><br> **Martin L. Veitz aka Martin Lee Veitz** <br> **Bonnie S. Veitz aka Bonnie Sue Veitz** <br> Debtors <br><br> **Ronda J. Winnecour, Esq.** <br> Trustee | **BK NO. 19-21434 GLT** <br><br> Chapter 13 <br><br> Related to Claim No. 8 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 25, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtors
Martin L. Veitz aka Martin Lee Veitz
PO Box 468
6402 6th Avenue
Koppel, PA 16136

Bonnie S. Veitz aka Bonnie Sue Veitz
PO Box 468
6402 6th Avenue
Koppel, PA 16136

Attorney for Debtors
Mark G. Moynihan , Esq.
Moynihan Law, P.C.
112 Washington Pl Ste 230 (VIA ECF)
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour , Esq.
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: Electronic means or first-class mail.

Dated: October 25, 2022

**/s/Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com